**Order entered October 26, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00426-CR

### WILLIAM MICHAEL CASON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F19-14112-Q**

### ORDER

Before the Court is appellant's October 21, 2020 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on November 23, 2020.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE